**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUN 5 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

SCHELTON JONES,

Plaintiff-Appellant,

v.

PEOPLE OF CALIFORNIA,

Defendant-Appellee.

No. 23-55746

D.C. No. 2:23-cv-02769-FLA-JC

MEMORANDUM[*]

---

Appeal from the United States District Court
for the Central District of California
Fernando L. Aenlle-Rocha, District Judge, Presiding

Submitted May 29, 2024[**]

Before:    FRIEDLAND, BENNETT, and SANCHEZ, Circuit Judges.

Schelton Jones appeals pro se from the district court's judgment dismissing his federal action seeking to restore his right to possess a firearm. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Big Sandy Rancheria Enters. v. Bonta*, 1 F.4th 710, 719 (9th Cir. 2021). We may affirm on any basis

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

supported by the record. *Thompson v. Paul*, 547 F.3d 1055, 1058-59 (9th Cir. 2008). We affirm.

Dismissal was proper because Jones failed to allege facts sufficient to state any plausible claim against defendant People of California. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (explaining that, to avoid dismissal, "a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face" (citation and internal quotation marks omitted)).

Jones's motions to appoint counsel (Docket Entry No. 8), reinstate his firearm rights (Docket Entry No. 9), and expedite the case (Docket Entry No. 12) are denied.

**AFFIRMED.**